# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1743

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Bob D. J. Kranick, | * | Eastern District of Arkansas. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted: January 23, 2001
Filed: February 1, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Bob Kranick pleaded guilty to kidnaping, in violation of 18 U.S.C. § 1201(a)(1), and the district court[1] sentenced him to 110 months imprisonment and 5 years supervised release. Kranick appeals his sentence.

Having carefully reviewed the record and the parties' briefs, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.